**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C., <br><br> Plaintiffs, <br> v. <br><br> CENTURYLINK, INC. et al., <br><br> Defendants. | **Case No. 2:14-cv-00965-JRG-RSP** <br><br> **LEAD CASE** <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER**

Pursuant to the Docket Control Order entered on February 10, 2015 (Dkt. No. 107), Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C., and the defendants in the consolidated cases identified in the following table, move for entry of the Proposed Protective Order attached hereto as Exhibit A.

| Case No. (E.D. Tex.) | Defendant(s) |
|---|---|
| 2:14-cv-00975-JRG-RSP | American Honda Motor Co. Inc. |
| 2:14-cv-00968-JRG-RSP | Cox Communications, Inc. et al. |
| 2:14-cv-00970-JRG-RSP | Dish Network Corporation et al. |
| 2:14-cv-00979-JRG-RSP | Hilton Worldwide Inc. et al. |
| 2:14-cv-00971-JRG-RSP | Holland America Line N.V. |
| 2:14-cv-00980-JRG-RSP | Hyatt Corporation et al. |
| 2:14-cv-00976-JRG-RSP | Hyundai Motor America et al. |
| 2:14-cv-00972-JRG-RSP | Kohl's Corp. et al. |
| 2:14-cv-00974-JRG-RSP | Macy's, Inc. |
| 2:14-cv-00973-JRG-RSP | Southwest Airlines Co. |
| 2:14-cv-00981-JRG-RSP | T-Mobile US, Inc. et al. |

- 2 -

| | |
|---|---|
| Dated: February 24, 2015 | RUSS AUGUST & KABAT |
| | /s/ *Benjamin T. Wang* |
| | Marc A. Fenster (CA SBN 181067) |
| | Benjamin T. Wang (CA SBN 228712) |
| | 12424 Wilshire Boulevard, 12th Floor |
| | Los Angeles, California 90025 |
| | Telephone: (310) 826-7474 |
| | Facsimile: (310) 826-6991 |
| | mfenster@raklaw.com |
| | bwang@raklaw.com |
| | |
| | *Attorneys for Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C.* |

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on this date.

                                                /s/ *Benjamin T. Wang*
                                                Benjamin T. Wang