IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited LIABILITY COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> CENTURYLINK, INC. <br><br> Defendants. | CIVIL ACTION NO. 2:14-CV-00965-JRG-RSP LEAD CASE |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. ("Plaintiffs") and Defendant CenturyLink, Inc. ("Defendant") have resolved Plaintiffs' claims for relief against Defendant asserted in this case.

NOW, THEREFORE, Plaintiffs and Defendant through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendant, all with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

March 27, 2015                                  Respectfully submitted,

/s/ Benjamin T. Wang                    /s/ Melvin R. Wilcox, III
Marc A. Fenster                         Melvin R. Wilcox, III
mfenster@raklaw.com                     mrw@yw-lawfirm.com
Benjamin T. Wang                        Trey Yarbrough
bwang@raklaw.com                        trey@yw-lawfirm.com
RUSS AUGUST & KABAT                      Dallas W. Tharpe
2712424 Wilshire Boulevard, 12th Floor  dallas@yw-lawfirm.com
Los Angeles, CA 90025                   Yarbrough Wilcox, PLLC
Tel: (310) 826-7474                     100 E. Ferguson St.
Fax: (310) 826-6991                     Suite 1015
                                        Tyler, TX 75702

S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
D. Jeffrey Rambin
State Bar No. 00791478
jrambin@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 East Commerce Avenue
Gladewater, Texas  75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

*Attorneys for Plaintiffs*
*Phoenix Licensing, L.L.C. and*
*LPL Licensing, L.L.C.*

903-595-3111 – Tel
903-595-0191 – Fax

Brian D. Roche
broche@reedsmith.com
Reed Smith LLP
10 South Wacker Dr.
Chicago, IL 60606
312/207-6490 – Tel
312/207-6400 – Fax

David T. Pollock
dpollock@reedsmith.com
Reed Smith LLP
101 Second St., Suite 1800
San Francisco, CA 94105
415/659-5620- Tel
415/391-9269 – Fax

*Attorneys for Defendant*
*CenturyLink, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 27th day of March, 2015. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ *Benjamin T. Wang*
Benjamin T. Wang
