**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| PHOENIX LICENSING, L.L.C., an Arizona limited liability company, and LPL LICENSING, L.L.C., a Delaware limited liability company,<br><br>Plaintiffs,<br>v.<br><br>CENTURYLINK, INC.,<br><br>Defendant. | Case No. 2:14-cv-965-JRG-RSP<br>**LEAD CASE** |
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION AND HYATT HOTELS CORPORATION,<br><br>Defendants. | Case No. 2:14-cv-00980-JRG-RSP |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiffs Phoenix Licensing, L.L.C. and LPL Licensing, L.L.C. ("Plaintiffs") and Hyatt Corporation and Hyatt Hotels Corporation ("Defendants") request that the Court dismiss all of Plaintiffs' claims with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that the requests should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims for relief against Defendants are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

**SIGNED this 3rd day of November, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE